UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANCHAZ DEMOND HAROLD | CIVIL ACTION |
| VERSUS | NO. 17-7811 |
| RAYBURN CORRECTIONAL CENTER, ET AL. | SECTION "R" (2) |

# ORDER

Plaintiff Sanchaz Demond Harold filed this *pro se* complaint under 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. For the reasons explained by the Magistrate Judge, plaintiff fails to allege a constitutional violation and his complaint is without arguable merit. Accordingly, plaintiff's complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this __1st__ day of February, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 29.